UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61281-CIV-HUCK/O'SULLIVAN

ROBERT HENRY,

    Petitioner,

vs.

WALTER McNEIL,

    Respondent.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    This matter is before the Court upon Attorney Jeffrey Feiler's Criminal Justice Act Voucher 30, Voucher Number FLS 09-4015, submitted August 4, 2009. The Honorable Peter R. Palermo, United States Magistrate Judge, issued a Report and Recommendation on the Voucher (D.E. #125) recommending that Attorney Jeffrey Feiler be paid a total of $24,654.90 for his work in case 07-CV-61281. Attorney Jeffrey Feiler has not objected to the Report and Recommendation as of today, and has indicated to the Court that no objection is forthcoming. Being otherwise duly advised, the Court adopts the findings in the Report and Recommendation. Accordingly, it is hereby

    ORDERED AND ADJUDGED that the Report and Recommendation is adopted. Attorney Feiler shall be paid a total of $24,654.90 ($395.50 for in-court hours, $23,885.00 for out-of-court hours and $374.40 in expenses).

    DONE AND ORDERED in Chambers, Miami, Florida, January 27, 2010.

_____
PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge Peter Palermo
All Counsel of Record